FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 27, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINE S.,[1] <br><br> Plaintiff, <br><br> vs. <br><br> FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 2:25-cv-00300-RHW <br><br> **ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE** <br><br> **ECF No. 16** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 16, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).  Attorney Kevin Kerr represents Plaintiff.  Attorney David Burdett represents Defendant.

After consideration, **IT IS HEREBY ORDERED** that:

1.  The parties' Stipulated Motion for Remand, **ECF No. 16**, is **GRANTED**.

2.  The above-captioned case be **REVERSED** and **REMANDED** to the

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

ORDER - 1

Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

The parties have stipulated to the following instructions.  On remand, the Appeals Council shall instruct the ALJ to:

- Offer Plaintiff the opportunity for a new hearing;

- Obtain supplemental vocational evidence at Step 5;

- Take any further action needed to complete the administrative record; and

- Issue a new decision.

ECF No. 16 at 1.

3.     Judgment shall be entered for **PLAINTIFF**.

4.     Plaintiff's Opening Brief, **ECF No. 11**, is **STRICKEN AS MOOT**.

5.     Upon proper presentation, the Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment in favor of Plaintiff**, forward copies to counsel, and **CLOSE THE FILE**.

DATED February 27, 2026.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

ORDER - 2